235 So.2d 100

STATE of Louisiana ex rel. Abner R. LYNCH

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 50607.

May 25, 1970.

The application is denied. On the showing made applicant is not entitled to relief sought.

■

235 So.2d 101

STATE of Louisiana ex rel. Terry LADNER

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 50612.

May 25, 1970.

Application is denied. The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.